**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**WISEMAN LAW GROUP, P.C.**
    1477 Drew Avenue, Suite 106
    Davis, California 95618
    Telephone:   530.759.0700
    Facsimile:    530.759.0800

**Attorney for Defendant**
**JAMIE GENETTE HENRY**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00010 MCE |
| Plaintiff, | |
| v. | REQUEST FOR WAIVER OF PRESENCE |
| JAMIE GENETTE HENRY, | |
| Defendant. | |

    Defendant hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to when a continuance is ordered, and when any other action is taken by the court before or after hearing, except upon arraignment, plea, empanelment of jury and imposition of sentence. Defendant hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in court ready for hearing any day and hour the court may fix in his absence.

    Defendant further acknowledges that he has been informed of his rights under

Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under the Act without defendant being present.

Dated:    January  30, 2013                  /s/ Jamie Genette Henry
                                              JAMIE GENETTE HENRY
                                                Original Signature on File

Approved: January 30, 2013                   By:   /s/  Jennifer C. Noble
                                              JENNIFER C. NOBLE
                                              Attorney for Defendant
                                              JAMIE GENETTE HENRY

Dated:   January  31, 2013                   Respectfully submitted,

                                              WISEMAN LAW GROUP, P.C.

                                              By:   /s/  Jennifer C. Noble
                                              JENNIFER C. NOBLE
                                              Attorney for Defendant
                                              JAMIE GENETTE HENRY

### ORDER

   I approve the above waiver of presence.

IT IS SO ORDERED.

DATED: February 13, 2013
                                              _____
                                              MORRISON C. ENGLAND, JR.
                                              UNITED STATES DISTRICT JUDGE