**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**WISEMAN LAW GROUP, P.C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone:**   **530.759.0700**
   **Facsimile:**   **530.759.0800**

**Attorney for Defendant**
**JAMIE GENETTE HENRY**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:13-cr-00010-MCE |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER TO |
| ) | CONTINUE STATUS |
| ) | |
| JAMIE GENETTE HENRY, ) | |
| Defendant. ) | |

     IT IS HEREBY stipulated between the United States of America through its

undersigned counsel, Matthew Morris, Assistant United States Attorney and Jennifer C.

Noble, attorney for defendant Jamie Genette Henry, that the status conference presently

set for February 21, 2013, be continued to March 14, 2013, at 9:00 a.m., thus vacating

the presently set status conference.

     Defense counsel is not available on February 21, 2013 and also need additional

time to review discovery. Therefore, counsel for the parties stipulate and agree that the

interests of justice served by granting this continuance outweigh the best interests of the

defendants and the public in a speedy trial. 18 U.S.C. 3161(h)(7)(A) (continuity of

counsel/ reasonable time for effective preparation) and Local Code T4, and agree to

exclude time from the date of the filing of the order until the date of the status

conference, March 14, 2013.

**IT IS SO STIPULATED.**

Dated: February 14, 2012                  By: <u>/s/ Jennifer C. Noble</u>
JENNIFER C. NOBLE
WISEMAN LAW GROUP
Attorney for Defendant
JAMIE GENETTE HENRY

Dated: February 14, 2012                  Benjamin B. Wagner
United States Attorney

<u>By: /s/ Matthew Morris</u>
MATTHEW MORRIS
Assistant U.S. Attorney

<u>**ORDER**</u>

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, February 14, 2013, to and including March 14, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T4 (reasonable time for defense counsel to prepare).

It is further ordered that the February 21, 2013, status conference shall be continued until March 14, 2013, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: February 19, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE