1  **JENNIFER C. NOBLE, ESQ., CSBN 256952**
   **WISEMAN LAW GROUP, P.C.**
2      **1477 Drew Avenue, Suite 106**
       **Davis, California 95618**
3      **Telephone:    530.759.0700**
       **Facsimile:    530.759.0800**
4
5  **Attorney for Defendant**
   **JAMIE GENETTE HENRY**
6

7                    IN THE UNITED STATES DISTRICT COURT

8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

9                          SACRAMENTO DIVISION

10

11  UNITED STATES OF AMERICA,            )   Case No. CR S 13-CR-00010 MCE
                                         )
12                   Plaintiff,          )
                                         )
13        vs.                            )   STIPULATION AND ORDER TO
                                         )   CONTINUE STATUS
14                                       )
                                         )
15  JAMIE GENETTE HENRY,                 )
                                         )
16                   Defendant.          )
                                         )

17

18        IT IS HEREBY stipulated between the United States of America through its

19  undersigned counsel, Matthew Morris, Assistant United States Attorney and Jennifer C.

20  Noble, attorney for defendant Jamie Genette Henry, that the status conference presently

21  set for March 14, 2013, be continued to March 28, 2013, at 9:00 a.m., thus vacating the

22  presently set status conference.

23        The parties need additional time to continue to negotiate a plea agreement.

24  Therefore, counsel for the parties stipulate and agree that the interests of justice served

25  by granting this continuance outweigh the best interests of the defendants and the

26  public in a speedy trial. 18 U.S.C. 3161(h)(7)(A) (continuity of counsel/ reasonable time

27  for effective preparation) and Local Code T4, and agree to exclude time from the date of

28  the filing of the order until the date of the status conference, March 28, 2013.

1    **IT IS SO STIPULATED.**

2

3    Dated: March 11, 2012                          By: /s/ Jennifer C. Noble
                                                      JENNIFER C. NOBLE
4                                                     WISEMAN LAW GROUP
                                                      Attorney for Defendant
5                                                     JAMIE GENETTE HENRY

6    Dated: March 11, 2012                          Benjamin B. Wagner
                                                      United States Attorney
7

8                                                    By: /s/ Matthew Morris
                                                      MATTHEW MORRIS
9                                                     Assistant U.S. Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## ORDER

2

The Court, having received, read, and considered the stipulation of the parties,

3

and good cause appearing therefrom, adopts the stipulation of the parties in its entirety

4

as its order. Based on the stipulation of the parties and the recitation of facts contained

5

therein, the Court finds that it is unreasonable to expect adequate preparation for

6

pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161.

7

In addition, the Court specifically finds that the failure to grant a continuance in this

8

case would deny defense counsel to this stipulation reasonable time necessary for

9

effective preparation, taking into account the exercise of due diligence. The Court finds

10

that the ends of justice to be served by granting the requested continuance outweigh the

11

best interests of the public and the defendants in a speedy trial.

12

The Court orders that the time from the date of the parties' stipulation, March 11,

13

2013, to and including March 28, 2013, shall be excluded from computation of time

14

within which the trial of this case must be commenced under the Speedy Trial Act,

15

pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T4

16

(reasonable time for defense counsel to prepare). It is further ordered that the March

17

14, 2013, status conference shall be continued until March 28, 2013, at 9:00 a.m

18

IT IS SO ORDERED.

19

 Date:  March 13, 2013

20

21

22

23

_____

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

24

25

26

27

28