**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**WISEMAN LAW GROUP, P.C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone:**   **530.759.0700**
   **Facsimile:**   **530.759.0800**

**Attorney for Defendant**
**JAMIE GENETTE HENRY**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR S 13-CR-00010 MCE |
| Plaintiff, ) | |
| vs. ) | STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS |
| JAMIE GENETTE HENRY, ) | Date: April 11, 2013<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |
| Defendant. ) | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Matthew Morris, Assistant United States Attorney and Jennifer C. Noble, attorney for defendant Jamie Genette Henry, that the status conference presently set for March 28, 2013, be continued to April 11, 2013, at 9:00 a.m., thus vacating the presently set status conference.

The parties need additional time to continue to negotiate a plea agreement and for the government to provide additional discovery to the defense. Therefore, counsel for the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the defendants and the public in a speedy trial. 18 U.S.C. 3161(h)(7)(A) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of

the order until the date of the status conference, April 11, 2013.

**IT IS SO STIPULATED.**

Dated: March 25, 2012                             By: /s/ Jennifer C. Noble
                                                  JENNIFER C. NOBLE
                                                  WISEMAN LAW GROUP
                                                  Attorney for Defendant
                                                  JAMIE GENETTE HENRY

Dated: March 25, 2012                             Benjamin B. Wagner
                                                  United States Attorney

                                                  By: /s/ Matthew Morris
                                                  MATTHEW MORRIS
                                                  Assistant U.S. Attorney

# ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, March 22, 2013, to and including April 11, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to

1 | 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T4 (reasonable time for
2 | defense counsel to prepare). It is further ordered that the March 28, 2013, status
3 | conference shall be continued until April 11, 2013, at 9:00 a.m
4 | **IT IS SO ORDERED.**
5 | DATED: March 27, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE