

FILED

APR 1 0 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

JENNIFER C. NOBLE, ESQ., CSBN 256952
WISEMAN LAW GROUP, P.C.
   1477 Drew Avenue, Suite 106
   Davis, California 95618
   Telephone:   530.759.0700
   Facsimile:   530.759.0800

Attorney for Defendant
JAMIE GENETTE HENRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br><br>JAMIE GENETTE HENRY,<br><br>        Defendant. | Case No. CR S 13-CR-00010 ~~MCE~~ TLN<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS** |

     IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Matthew Morris, Assistant United States Attorney and Jennifer C. Noble, attorney for defendant Jamie Genette Henry, that the status conference presently set for April 11, 2013, before Judge England, be continued to May 23, 2013, at 9:30 a.m., before Judge Nunley, thus vacating the presently set status conference.

     The parties need additional time to continue to negotiate a plea agreement. Therefore, counsel for the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the defendants and the public in a speedy trial. 18 U.S.C. 3161(h)(7)(A) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, May 23, 2013.

1

1    **IT IS SO STIPULATED.**

2

3    Dated: April 9, 2013                    By: /s/ Jennifer C. Noble
                                              JENNIFER C. NOBLE
4                                             WISEMAN LAW GROUP
                                              Attorney for Defendant
5                                             JAMIE GENETTE HENRY

6    Dated: April 9, 2013                    Benjamin B. Wagner
                                              United States Attorney
7

8                                             By: /s/ Matthew Morris
                                              MATTHEW MORRIS
9                                             Assistant U.S. Attorney

10

11

12

13

14                          **PROPOSED ORDER**

15         The Court, having received, read, and considered the stipulation of the parties,

16   and good cause appearing therefrom, adopts the stipulation of the parties in its entirety

17   as its order. Based on the stipulation of the parties and the recitation of facts contained

18   therein, the Court finds that it is unreasonable to expect adequate preparation for

19   pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161.

20   In addition, the Court specifically finds that the failure to grant a continuance in this

21   case would deny defense counsel to this stipulation reasonable time necessary for

22   effective preparation, taking into account the exercise of due diligence. The Court finds

23   that the ends of justice to be served by granting the requested continuance outweigh the

24   best interests of the public and the defendants in a speedy trial.

25         The Court orders that the time from the date of the parties' stipulation, April 9,

26   2013, to and including May 23, 2013, shall be excluded from computation of time within

27   which the trial of this case must be commenced under the Speedy Trial Act, pursuant to

28   18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T4 (reasonable time for

                                            2

Stipulation and Proposed Order to Continue Status                    Case No. CR S 13-00010 MCE TLN

defense counsel to prepare). It is further ordered that the April 11, 2013, status conference, before Judge England, shall be vacated and a status conference shall be set for May 23, 2013, at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: _4/10/13_

Troy L. Nunley
United States District Court Judge

3